IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Ketchum, Carmen Helena | Case Number: 05 B 43805 |
| | Judge: Squires, John H |
| Printed: 12/19/07 | Filed: 10/4/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Completed: December 7, 2007
Confirmed: November 23, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 51,147.18 | |
| Secured: | | 29,276.73 |
| Unsecured: | | 11,093.04 |
| Priority: | | 0.00 |
| Administrative: | | 2,700.00 |
| Trustee Fee: | | 2,374.40 |
| Other Funds: | | 5,703.01 |
| Totals: | 51,147.18 | 51,147.18 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Peter F Geraci | Administrative | 2,700.00 | 2,700.00 |
| 2. | Countrywide Home Loans Inc. | Secured | 27,302.73 | 27,302.73 |
| 3. | Countrywide Home Loans Inc. | Secured | 1,974.00 | 1,974.00 |
| 4. | Rx Acquisitions | Unsecured | 36.71 | 36.71 |
| 5. | ECast Settlement Corp | Unsecured | 1,355.78 | 1,355.78 |
| 6. | Illinois Student Assistance Commission | Unsecured | 3,451.79 | 3,451.79 |
| 7. | Resurgent Capital Services | Unsecured | 1,167.05 | 1,167.05 |
| 8. | Capital One | Unsecured | 5,081.71 | 5,081.71 |
| 9. | HSBC Bank USA | Unsecured | | No Claim Filed |
| 10. | Gateway | Unsecured | | No Claim Filed |
| 11. | Fingerhut | Unsecured | | No Claim Filed |
| | | | $ 43,069.77 | $ 43,069.77 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 881.07 |
| 5% | 287.47 |
| 4.8% | 580.90 |
| 5.4% | 624.96 |
| | $ 2,374.40 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Ketchum, Carmen Helena | Case Number: 05 B 43805 |
| | Judge: Squires, John H |
| Printed: 12/19/07 | Filed: 10/4/05 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                                 Marilyn O. Marshall, Trustee, by:

